■ Washington Heights Child Care Center, Appellant, v Congregation Beth Hamedresh Hagodol of Washington Heights, Inc., Respondent. [748 NYS2d 865] —Order, Supreme Court, New York County (Louis York, J.), entered July 5, 2001,

which granted defendant's motion to vacate a default judgment entered May 16, 2001, unanimously affirmed, without costs.

Contrary to plaintiff's assertion, the law of the case did not preclude resolution of defendant's motion to vacate the default judgment entered against it. Defendant's prior motion was not disposed of on the merits to the extent that it sought vacatur. Concur—Nardelli, J.P., Mazzarelli, Saxe and Marlow, JJ.